Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5004 RBL |
| Plaintiff, | |
| v. | STIPULATED PROTECTIVE ORDER |
| TAYLOR STAHL, LAWRENCE SAM, and KATIE TATUM, | |
| Defendants. | |

This matter, having come before the Court on a Stipulated Motion for Entry of a Protective Order, the Court hereby enters the following:

**PROTECTIVE ORDER**

The personal information related to any victims or witnesses, and any document containing personal information related to any victims or witnesses, provided by the government in discovery after January 13, 2009, is deemed Protected Material. As used in this Order, the term "personal information" refers to each victim or witness's date of birth, Social Security number, driver's license number, bank account numbers, credit card numbers, address, telephone number, location of employment, and other contact information.

Possession of Protected Material is limited to the attorneys of record in the above captioned case and their investigators. The attorneys of record and their investigators may not provide copies of the Protected Material to any other person, including any defendant in this case. This order, however, does not prohibit the attorneys of record

[Proposed] PROTECTIVE ORDER/Stahl et al
CR09-5004 RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

from reviewing or discussing the contents of documents containing personal information with the defendants and prospective witnesses, as long as the attorneys of record do not share the document with the defendants or share any personal information of victims or witnesses with the defendants or prospective witnesses. The attorneys of record and their investigators shall keep any Protected Material secured whenever the Protected Material is not being used in furtherance of their work in the above captioned case. The parties agree that this Protective Order may be modified, as necessary, by filing with the Court a Stipulated Order Modifying the Protective Order.

DATED this 3rd day of February, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Brian D. Werner
BRIAN D. WERNER
Assistant United States Attorney

[Proposed] PROTECTIVE ORDER/Stahl et al
CR09-5004 RBL - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800